IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE O. MORTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | NO. 19-3650 |

O R D E R

AND NOW, this 2d day of June, 2020, for the reasons expressed in the Court's Opinion filed today, it is HEREBY:

ORDERED that the decision of the Commissioner be, and the same hereby is, AFFIRMED. The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/ Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE